Floyd P. Bienstock (006299)
Douglas D. Janicik (021522)
STEPTOE & JOHNSON LLP
201 E. Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
fbienstock@steptoe.com
djanicik@steptoe.com
Telephone: (602) 257-5200
Facsimile: (602) 257-5299

Christopher Carlsen (*Pro Hac Vice*)
CLYDE & CO US LLP – New York, NY
405 Lexington Avenue, 16th Floor
New York, New York 10174
christopher.carlsen@clydeco.us
Telephone: (212) 710-3900
Facsimile: (212) 710-3950

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel Bandres Oto and Elisa Lopez-Belio, individually, and on behalf of all eligible beneficiaries of claims arising from the wrongful death of Marina Bandres Lopez-Belio, et al.<br><br>Plaintiffs,<br><br>v.<br><br>Airline Training Center Arizona, Inc.,<br><br>Defendant. | Case No. 2:16-cv-01027-DJH |

**INDEX OF EXHIBITS TO DEFENDANT AIRLINE TRAINING CENTER ARIZONA, INC.'S SEPARATE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT PURSUANT TO LRCiv. 56.1**

| | |
|---|---|
| Exhibit A | A true and correct copy of a email letter from Bach Langheld Dallmayr counsel for Germanwings in Germany, to plaintiffs' counsel dated June 15, 2016 |
| Exhibit B | A true and correct copy of an email stipulation from plaintiffs' counsel to ATCA's counsel dated June 15, 2016 |

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | CLYDE & CO US LLP |
| 3 | By: */s/ Christopher Carlsen* |
| 4 | Christopher Carlsen<br>Clyde & CO US LLP |
| 5 | 405 Lexington Avenue, 16th Floor<br>New York, New York 10174 |
| 6 | christopher.carlsen@clydeco.us<br>Telephone: (212) 710-3900 |
| 7 | Facsimile: (212) 710-3950 |
| 8 | Floyd P. Bienstock<br>Douglas D. Janicik |
| 9 | Steptoe & Johnson LLP<br>201 E. Washington Street, Suite 1600 |
| 10 | Phoenix, Arizona 85004-2382<br>fbienstock@steptoe.com |
| 11 | djanicik@steptoe.com<br>Telephone: (602) 257-5200 |
| 12 | Facsimile: (602) 257-5299 |
| 13 | Attorneys for Defendant Airline Training Center Arizona, Inc. |

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 17, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

KREINDLER & KREINDLER LLP
Francis G. Fleming, Esq.
Brian J. Alexander, Esq.
Marc S. Moller, Esq.
750 Third Avenue
New York, New York 10017
Telephone:  (212) 687-8181
Facsimile:  (212) 972-9432
Email: ffleming@kreindler.com
       balexander@kreindler.com
       mmoller@kreindler.com

                          */s/ Christopher Carlsen*

# Exhibit A

## Carlsen, Christopher

| | |
|---|---|
| **From:** | Alexander, Martin <martin.alexander@bld.de> |
| **Sent:** | Wednesday, June 15, 2016 1:20 PM |
| **To:** | info@dr-backes.de |
| **Cc:** | BAlexander@kreindler.com; Carlsen, Christopher; 'Evert Wytema'; Elmar Giemulla; Jim.Morris@IrwinMitchell.com; kanzlei@mueller-coll.de; Mr M.T. Spetter (Maya); rebecca.smith@IrwinMitchell.com; AHabig@kreindler.com; KMahoney@kreindler.com; amhabig@kreindler.com; Büsken, Rainer |
| **Subject:** | Re: Germanwings Flight 9525 |
| **Attachments:** | Decedents according to claim.pdf |

Dear Mr. Wellens:

Further to Brian Alexander's letter to BLD dated February 2, 2016, we are aware that you and your collaborative counsel now have commenced litigation on behalf of various individuals against Airline Training Center Arizona, Inc. ("ATCA") in the United States District Court for the District of Arizona, in the case entitled *Manuel Bandres Oto, et al, v Airline Training Center Arizona, Inc.*, Case No. CV-16-01027-PHX-DJH (the "*Oto* Litigation"). We are writing to confirm that Germanwings has agreed not to contest liability for full compensatory damages recoverable under the applicable law with respect to the claims involving all of the decedent-passengers in the *Oto* Litigation.

As you are aware, the decedents involved in the *Oto* Litigation were not citizens or residents of the United States, and so it is our position that these damage claims are governed by the laws of jurisdictions other than the United States. The enclosed list sets forth the residence/citizenship of each of the decedents involved in the *Oto* Litigation. Moreover, because none of these decedents were United States citizens or residents, and Germanwings is not subject to jurisdiction in the United States, we believe it appropriate that any settlement discussions be conducted with you and/or your respective collaborating counsel in their home jurisdictions outside of the United States.

To avoid any potential confusion, we represent Germanwings and not ATCA, and it is only Germanwings that has agreed not to contest liability for these claims. In addition, nothing herein should be construed as a waiver or modification or any periods of limitation that may be applicable to your clients' claims.

Sincerely,
Rainer Büsken
Martin Alexander


Dr. Martin Alexander, LL.M.
Rechtsanwalt/Partner

**BLD Bach Langheid Dallmayr**
**Rechtsanwälte Partnerschaftsgesellschaft mbB**
Theodor-Heuss-Ring 13-15
D-50668 Köln
Fon: +49 221 944027-43
Fax: +49 221 944027-985
e-mail: martin.alexander@bld.de

1

Sitz der Partnerschaftsgesellschaft mbB ist Köln - Amtsgericht Essen PR 2237
The registered office of the Partnerschaft (limited liability partnership under German law) is in Cologne - local district court Essen PR 2237
Liste der Partner/list of partners: www.bld.de

2

Decedents

| ID | DecLN | DecFN | Address at death | Marital Status | Gender | Citizenship | DOB |
|---|---|---|---|---|---|---|---|
| .001 | Ayon Razo | Daniela | Mexico | Single | Female | Mexico | 3/17/1979 |
| .002 | Bergjürgen | Linda | Reiherhorst 4a, 45721 Haltern am See | single | female | Germany | 10/15/1999 |
| .003 | Bleß | Elena | Völklingen str.12, 45721 Haltern am See | single | female | Germany | 3/25/1999 |
| .004 | Cercek | Sonja | Heisstr. 2, 48145 Münster | married | female | Germany | 9/13/1979 |
| .005 | Drüppel | Lea | Kampweg 14, 45721 Haltern am See | single | female | Germany | 4/23/1999 |
| .006 | Eils | Seiina | Im Baaken 6, 457231 Haltern am See | single | female | Germany | 1/8/1999 |
| .007 | Gerdes | Gina | Am Treckeberg 30, 45721 Haltern am See | single | female | Germany | 5/151999 |
| .008 | Gortmann | Dennie | Türkstraße 5, 30167 Hannover | single | male | Germany | 4/4/1987 |
| .009 | Gottschall | Beatrix | Tippelsberger Str. 42, 44807 Bochum | married | female | Germany | 8/3/1956 |
| .010 | Hahn | Ann-Christin | An den Hestern 10, 45721 Haltern am See | single | female | Germany | 8/14/1998 |
| .011 | Hermann | Julia | Heideweg 16, 45721 Haltern am See | single | female | Germany | 6/27/1999 |
| .012 | Höfer | Christopher | Elbbachstr. 3, 56459 Rothenbach | single | male | Germany | 12/13/1986 |
| .013 | | | | | | | |
| .014 | Klüh | Stefan | Julius-Haerlin-Str. 16, 82131 Gauting | married | male | Germany | 1/13/1977 |
| .015 | Koch | Marleen | Eschweg 40, 45721 Haltern am See | single | female | Germany | 3/15/1999 |
| .016 | Lehmann | Diana | Spichernstr. 28, 40476 Düsseldorf | single | female | Germany | 6/9/1981 |
| .017 | Lütkenhaus | Paula | Auf dem Berge 1, 45721 Haltern am See | single | female | Germany | 3/19/1999 |
| .018 | Oelrich | Andreas | Heiser Bruch 20, 32457 Porta Westfalica | married | male | Germany | 7/23/1961 |
| .019 | Oelrich | Kerstin | Heiser Bruch 20, 32457 Porta Westfalica | married | female | Germany | 9/14/1962 |
| .020 | Olthoff | Geert | Schulstr. 14, 49846 Hoogstede | single | male | Germany | 8/17/1986 |
| .021 | | | | | | | |
| .022 | Radner | Maria | Cronenfelder Str. 48, 42349 Wuppertal | Single | female | Germany | 5/7/1981 |
| .023 | Rogge | Fabio | Kettelerstr. 25, 45721 Haltern am See | single | male | Germany | 12/15/1998 |
| .024 | Sadlo | Kristina | Kalkweg 164 A, 47279 Duisburg | single | female | Germany | 5/19/1991 |
| .025 | Scheideler | Rabea | Augustusstr. 8a, 45721 Haltern am See | single | female | Germany | 3/12/1999 |
| .026 | Schenk | Felix | Cronenfelder Str. 48, 42349 Wuppertal | single (child of .022 & .027) | male | Germany | 9/12/2013 |
| .027 | Schenk | Sascha | Cronenfelder Str. 48, 42349 Wuppertal | single (engaged to .022) | male | Germany | 8/29/1976 |
| .028 | Schukart | Lea | Im Tiefen Winkel 13, 45721 Haltern am See | single | female | Germany | 10/9/1998 |
| .029 | Siebe | Helena | Am Paschenberg 13, 45271 Haltern am See | single | female | Germany | 11/23/1998 |
| .030 | Stahl | Sebastian | Höhenstr. 6, 56459 Rothenbach | single | male | Germany | 8/12/1990 |
| .031 | Strang | Steffen | Postweg 4, 45721 Haltern am See | single | male | Germany | 11/3/1998 |
| .032 | Tegethoff | Stefanie | Flandernstr. 41, 48147 Münster | engaged | female | Germany | 8/15/1981 |
| .033 | Venhoff | Aline | Weseler Str. 103, 45721 Haltern am See | single | female | Germany | 1/16/1999 |
| .034 | Voß | Jens | Heyestr. 130, 40625 Düsseldorf | single | male | Germany | 8/16/1977 |
| .035 | Westermann | Caja | Lambertusweg 13, 45721 Haltern am See | single | female | Germany | 6/20/1999 |
| .036 | Bramley | Paul | U.K./Switzerland | single | male | U.K. | 2/13/1956 |
| .037 | Bandres Lopez-Belio | Marina | Apt. 207, 5 Luna Street, M4 5LX Manchester | married | female | U.K. | 12/26/1976 |
| .038 | Pracz-Bandres | Julian | Apt. 207, 5 Luna Street, M4 5LX Manchester | single | male | U.K. | 8/27/2014 |
| .039 | Matthews | Martyn | 21 Abbeyfield Road, WV 10 8 TH Wolverhampton | married | male | U.K. | 6/13/1964 |
| .040 | Püntmann | Ann-Kathrin | Rebstock 14, 45239 Essen | single | female | Germany | 8/20/1988 |
| .041 | Meyer | Barbara | In der Loh 38, 40668 Meerbusch | married to 042 | female | Germany | 7/24/1974 |
| .042 | Meyer | Stefan | In der Loh 38, 40668 Meerbusch | married to 041 | male | Germany | 8/24/1970 |
| .043 | Ludwig | Bettina | Altenbrückstr. 49, 40599 Düsseldorf | engaged to 049 | Female | Germany | 4/5/1974 |
| .044 | Diemer | Claudia | Scharpenberg 102, 45468 Mühlheim an der Ruhr | Married to 052 | Female | Germany | 11/6/1964 |
| .045 | Bourgeois | Dietmar | Brunshollweg 9, 44369 Dortmund | Married to 046 | Male | Germany | 4/26/1948 |
| .046 | Bourgeois | Roswitha | Brunshollweg 9, 44369 Dortmund | Married to 045 | Female | Germany | 4/23/1950 |
| .047 | Oppenau | Dirk | C/ LLUCÄ, 42-46 45 2^ E-08028 Barcelona | Married | Male | Germany | 9/17/1960 |
| .048 | Schonebeck | Erik | C/Camp 64, 4° 2^ E-Barcelona | Single | Male | Germany | 12/12/1972 |

Decedents

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| .049 | Kraus | Heinz Peter | Hildebrandtstraße 3, 50739 Köln | engaged to 043 | Male | Germany | 11/30/1969 |
| .050 | Hülsmann | Jessica | Mittelfeldstraße 13, 46539 Dinslaken | single | Female | Germany | 11/5/1976 |
| .051 | Noack | Juliane | Schirmerstraße 33, 04317 Leipzig | single | Female | Germany | 11/20/1984 |
| .052 | Diemer | Jürgen | Scharpenberg 102, 45468 Mühlheim an der Ruhr | Married to 044 | Male | Germany | 3/23/1959 |
| .053 | Schützler | Karin | Floridablanca 26, 08015 Barcelona | Married | Female | Germany | 2/26/1953 |
| .054 | Soblik | Larissa | Adolfstraße 16, 56457 Westerburg | Single | Female | Germany | 4/18/1994 |
| .055 | Medrano Aragon | Luis Eduardo | Barrio Loma Linda 9N-01, Popayan-Colombia | Single | Male | Colombia | 11/16/1978 |
| .056 | Koch | Lutz | Obere Lichtenplatzer Str. 264, 42287 Wuppertal | engaged to 068 | Male | Germany | 9/18/1966 |
| .057 | Korolczuk | Maik | Azaleenweg 9, 42289 Dortmund | Single | Male | Germany | 1/13/1989 |
| .058 | Jockheck | Manfred | Auf dem Wodeacker 42, 44359 Dortmund | married to 066 | Male | Germany | 7/3/1949 |
| .059 | de Paplo Nuno | Maria | Jahnstraße 42, 40215 Düsseldorf | Married | Female | Spain | 5/31/1977 |
| .060 | del Pilar Tejada | Maria | Carrer dels Tallers 82, Piso 3 Puerta 2, E-08001 Barcelona | Married | Female | Spain | 9/2/1981 |
| .061 | Blendermann | Tim | Rheydter Straße 236, 41065 Mönchengladbach | Single | Male | Germany | 3/21/1989 |
| .062 | Tahrioui | Mohamed | Wanheimer Straße 213, 47053 Duisburg | married | Male | Morocco | 1/14/1991 |
| .063 | Lohmann | Muradiye | Nöggerathweg 114, 40591 Düsseldorf | Single | female | Germany | 1/30/1977 |
| .064 | Bryjak | Oleg | Neu-Breuning-Str. 21, 47877 Willich | Married | Male | Germany | 10/27/1960 |
| .065 | Schmidt | Ralph | C/Mannleu 9, Urb. Can. Dalmases, 08293 Collbato (Barcelona) | Married | Male | Germany | 12/21/1966 |
| .066 | Jockheck | Sabine | Auf dem Wodeacker 42, 44359 Dortmund | married to 058 | Female | Germany | 7/8/1968 |
| .067 | | | | | | | |
| .068 | Schenk | Stefanie | Obere Lichtenplatzer Str. 264, 42287 Wuppertal | engaged to 056 | Female | Germany | 7/6/1967 |
| .069 | Fischenich | Sven | Feiningerweg 3, 50389 Wesseling | married | Male | Germany | 11/15/1981 |
| .070 | Treppe | Thomas | Calle Fernando Pool6-22, 08005 Barcelona | married | Male | Germany | 5/18/1956 |
| .071 | Claassen | Iris | Peelklamp 14, 5751 RC Deurne, Netherlands | Single | Female | Netherlands | 8/12/1994 |
| .072 | Kohlstädt | Anke | Holtenstraße 11   32457 Porta Westfalica | married | female | Germany | 8/4/1965 |
| .073 | Kohlstädt | Michael | Holtenstraße 11   32457 Porta Westfalica | married | male | Germany | 4/9/1961 |
| .074 | Smailagic | Emira | Bleichgasse 4 41460 Wuppertal | married | female | Germany | 10/23/1959 |
| .075 | Smailagic | Fe h ret | Bleichgasse 4 41460 Wuppertal | married | male | Germany | 7/7/1957 |
| .076 | Sato | Junichi | Kanedecho 16-1, Suita-Shi Osaka- Fu Japan | married | male | Japan | 42 years old |
| .077 | Hülsmann | Klaus | Poststr. 65, 46562 Voerde | single | male | Germany | 21.03.1948 |
| .078 | Bahners | Frank | Dominikaner Str. 31, 40545 Düsseldorf | single | male | Germany | 05.02.1970 |
| .079 | Hojjatoleslami | Milad | Place of residence was Thehran, Iran | single | male | Iran | 21.09.1984 |

# Exhibit B

# Carlsen, Christopher

| | |
|---|---|
| **From:** | Brian J. Alexander <BAlexander@kreindler.com> |
| **Sent:** | Wednesday, June 15, 2016 3:39 PM |
| **To:** | Carlsen, Christopher |
| **Cc:** | Anne Condon Habig; Ivette Viera; Kevin J. Mahoney; Marc S. Moller; Alex M. Habig |
| **Subject:** | RE: Germanwings [CC-US1.FID345523] |

Chris

Pursuant to our discussion we are willing to stipulate as follows:

There were two passenger decedents on board Germanwings Flight 9525 who were citizens and residents of the United States, however none of the passenger decedents whose estates and/or beneficiaries are represented in the instant action were United States citizens.

Best regards,

Brian

**Brian J. Alexander**
Partner

**◇ KREINDLER & KREINDLER** LLP
TRADITION OF EXCELLENCE

Kreindler & Kreindler LLP
750 Third Avenue          T: 212.973.3411     E-mail: balexander@kreindl
New York, NY 10017-2703   F: 212.972.9432     Web:    www.kreindler.com

🌱 Please consider the environment before printing this e-mail.

---

**From:** Carlsen, Christopher [mailto:Christopher.Carlsen@clydeco.us]
**Sent:** Wednesday, June 15, 2016 10:17 AM
**To:** Brian J. Alexander
**Subject:** RE: Germanwings

Any word on the stipulation that none of your decedents were U.S. residents/citizens?

Chris

Christopher Carlsen
Partner | Clyde & Co US LLP
Direct Dial: +1 212 710 3930 | Mobile: +1 347 387 0301

**CLYDE&CO** | The Chrysler Building | 405 Lexington Avenue | 16th Floor | New York | NY 10174 | USA
Main +1 212 710 3900 | Fax +1 212 710 3950 | **www.clydeco.us**

---

**From:** Carlsen, Christopher
**Sent:** Tuesday, June 14, 2016 11:55 AM
**To:** 'Brian J. Alexander'
**Subject:** RE: Germanwings

Ok, thanks

Christopher Carlsen
Partner | Clyde & Co US LLP

1