1  Floyd P. Bienstock (006299)
   Douglas D. Janicik (021522)
2  STEPTOE & JOHNSON LLP
   201 E. Washington Street, Suite 1600
3  Phoenix, Arizona 85004-2382
   fbienstock@steptoe.com
4  djanicik@steptoe.com
   Telephone: (602) 257-5200
5  Facsimile: (602) 257-5299

6  Christopher Carlsen (*Pro Hac Vice*)
   CLYDE & CO US LLP – New York, NY
7  405 Lexington Avenue, 16th Floor
   New York, New York 10174
8  christopher.carlsen@clydeco.us
   Telephone: (212) 710-3900
9  Facsimile: (212) 710-3950

10 Attorneys for Defendant

11              IN THE UNITED STATES DISTRICT COURT

12                 FOR THE DISTRICT OF ARIZONA

13 | Manuel Bandres Oto and Elisa Lopez-Belio, individually, and on behalf of all eligible beneficiaries of claims arising from the wrongful death of Marina Bandres Lopez-Belio, et al. | Case No. 2:16-cv-01027-DJH |

                Plaintiffs,

           v.

   Airline Training Center Arizona, Inc.,

                Defendant.

**INDEX OF EXHIBITS TO DECLARATION OF PROF. DR. ANSGAR STAUDINGER IN SUPPORT OF DEFENDANT AIRLINE TRAINING CENTER ARIZONA, INC.'S MOTION TO DISMISS COMPLAINT**

| Exhibit A | A true and correct copy of Prof. Dr. Ansgar Staudinger's background, including professional memberships and publications |

Respectfully submitted,

CLYDE & CO US LLP

By: */s/ Christopher Carlsen*
Christopher Carlsen
Clyde & CO US LLP
405 Lexington Avenue, 16th Floor
New York, New York 10174
christopher.carlsen@clydeco.us
Telephone: (212) 710-3900
Facsimile: (212) 710-3950

Floyd P. Bienstock
Douglas D. Janicik
Steptoe & Johnson LLP
201 E. Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
fbienstock@steptoe.com
djanicik@steptoe.com
Telephone: (602) 257-5200
Facsimile: (602) 257-5299

Attorneys for Defendant Airline Training Center Arizona, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jerome L Skinner
LHD Lawyers US
P.O. Box 9300
Cincinnati, OH 45209
513-381-0044
skinair64@yahoo.com

                                        */s/ Christopher Carlsen*

# Exhibit A

## Professor Dr. Ansgar Staudinger

## Curriculum Vitae

### I.     Lecturing and Expert Activities

As an eminent authority in his field of research Prof. Dr. Staudinger has been consulted in both legal proceedings and legislative reform projects. In 2013 for instance he was heard by the committee on legal affairs of the German parliament in Berlin on the legislative proposal on dispute resolution in air traffic. Moreover, Prof. Dr. Staudinger participated in an expert hearing of the European Court of Justice in 2015 concerning large claims of a Finnish social insurer resulting from an international traffic accident against a German liability insurer (ECJ, judgement of 21 January 2016 - C-521/14, SOVAG).

Apart from that, Prof. Dr. Staudinger has given a lecture on the quantification of loss under German law on the occasion of the "Comparative Quantum law series" in London in April 2016. However, this is only one example of his comprehensive lecturing activities abroad. Between 2000 and 2016 he has given lectures in Albania, Argentina, Austria, Belgium, Bosnia and Herzegovina, Bulgaria, China, Croatia, the Czech Republic, France, Hungary, Italy, Latvia, Lithuania, Luxembourg, Macedonia, the Netherlands, Poland, Portugal, Serbia, Slovenia, Spain, Switzerland, Turkey, the United Kingdom and Vietnam on a wide range of topics including the following: "Protection of consumers and traffic accident victims in the light of the Rome I, Rome II and Brussels I Regulation" (XVII. Conference of the Carlsbad Jurist Days, Karlovy Vary, 5 June 2009), "Damages in cases of international events of damage: Economic factors and legal assessment", (11th International Conference "Development of the Motor Vehicle Liability Insurance in Europe and claim settlement", Warsaw, 12 May 2010), "Cross boarder tort claims for personal injuries" (Academy of European Law, London, 7 Oct. 2014), "International cases of damage" (XV. European Traffic Law Days, Luxembourg, 10 Oct. 2014), "European contract law: where do we stand", "Rome I: Scope of application, choice of law and applicable law in the absence of choice", "Rome I: Cross-border consumer contracts in judicial practice", "Rome II: Torts under Rome II with a focus on product liability", "Cross-border litigation in the light of Brussels I, Rome I and Rome II" (Academy of European Law, Vilnius, 12 June 2015). The lecturing activities of Prof. Dr. Staudinger also include guest

1

professorships at the University of Paris Ouest-Nanterre-La Défense and the University of Miskolic (Hungary).

In addition to his repeated expert activities on behalf of the former German Ministry of Nutrition, Agriculture and Consumer protection and the German Ministry of Justice between 2005 and 2008, Prof. Dr. Staudinger is engaged in the training of judges on behalf of the German Judicial Academy in the city of Trier and the city of Wustrau for more than 10 years. Moreover, he is a lecturer for lawyers specializing in traffic and insurance law, international commercial law, family and inheritance law. He also has given lectures on behalf of the Academy of European Law on numerous occasions in Germany addressing topics such as "The development of law within the EU - Rome I and Rome II". Furthermore, Prof. Dr. Staudinger is head and moderator of the German Traffic Law Day, where he has reported about recent developments of air traffic law as well.

## II.     Legal Publications

The bibliography of Prof. Dr. Staudinger encompasses publications of more than 15 years. His articles, commentations, legal opinions and reviews have received significant attention in Germany and beyond. The works of Prof. Dr. Staudinger belong to the standard resources of legal practitioners and thus influence the interpretation of law in practice. Hence, he has not only contributed to discussions within the literature, but also shaped the application of law in the courts. His publications in the fields of civil law and in particular insurance law as well as in the fields of international private and procedure law made him a highly reputable expert and opinion leader for questions of tort and contract law in transnational cases. The following overview lists a selection of recent publications and important cornerstones of research that are related to the current questions of law.

### 1. International Private and Procedure Law Publications

2002   The settlement in court and further forms of consensual dispute resolution – On the way to a European civil procedure law, unpublished postdoctoral thesis

2005   Rome II and traffic accidents, The European Legal Forum 2005, pp. 61 to 66

2014   Article 7: Insurance Contracts (pp. 253 to 287); Article 8: Individual Employment Contracts (pp. 287 to 320), in: Ferrari (ed.), Rome I

2

| | |
|---|---|
| | Regulation |
| 2014 | Run to the court in cases of damages for pain and suffering of relatives – The action for negative declaratory judgement as an admissible means of defense of liability insurers in traffic accidents with references to Germany and Italy, in: Commemorative Publication for Lothar Jaeger to his 75th Birthday |
| 2014 | The action for negative declaratory judgement of the defendant's liability insurer in transnational traffic accidents, DAR 2014, pp. 557 to 565 |
| 2015 | Section 22: International Private and Procedure Law, in: Schulze/Zuleeg/Kadelbach (ed.), EU Law – Handbook for the German legal practice, 3rd Edition, pp. 1124 to 1289 |
| 2015 | Introduction to the Brussels Ia Regulation (pp. 3 to 86) and annotation of its Art. 10 to 20 (pp. 405 to 532); Art. 26 (pp. 821 to 854) and Art. 57 to 66 (pp. 1169 to 1214), in: Rauscher (ed.), Commentary on European Private Procedure and Conflict Law, 4th Edition |

## 2. Insurance Law Publications

| | |
|---|---|
| 2010 | Annotation of Sec. 95 to 99 of the German Insurance Contract Act, in: Bruck/Möller (ed.), Commentary on the Insurance Contract Act, pp. 676 to 732 |
| 2010 | Annotation of Sec. 33 to 42 (pp. 1442 to 1491) and Sec. 88 to 94 (pp. 1964 to 1997) of the German Insurance Contract Act, in: Langheid/Wandt (ed.), Munich Commentary on the Insurance Contract Act, Vol. 1 |
| 2011 | Annotation of Sec. 142 to 149 (pp. 1280 to 1310) of the German Insurance Contract Act, in: Langheid/Wandt (ed.), Munich Commentary on the Insurance Contract Act, Vol. 2 |
| 2015 | Luggage insurance, travel cancellation insurance and travel health insurance, in: Beckmann/Matusche-Beckmann (ed.), Handbook of insurance law, pp. 2695 to 2811 |
| 2015 | Insured risks, Insured event, Insured Damages i.a. (pp. 10 to 83); Introductory remarks to Sec. 192 to 208 of the Insurance Contract Act and annotation of Sec. 213 Insurance Contract Act, in: Bach/Moser (ed.), Private Health Insurance, 5th Edition |

## 3. Civil Law Publications

| | |
|---|---|
| 2012 | About the extension of Sec. 844 (2) Sentence 1 of the German Civil Code, the facilitated proof of a shock damage and damages for pain and suffering of relatives, DAR 2012, pp. 280 to 285 |

3

2014    Annotation of Sec. 461 to 487, 765 to 782, 823 to 853 (tort law), 873 to 902, 906 to 928, 1012 to 1029, 1030 to 1203 of the German Civil Code as well as Art. 7, 11, 12 25, 26, 46b and 46c of the Introductory Act to the Civil Code as well as Art 1 to 29 Rome I Regulation, in: Schulze/Dörner/Ebert/Hoeren/Kemper/Saenger/Schreiber/Schulte-Nölke/Staudinger, Handbook to the German Civil Code, 8th Edition

### 4. Traffic Law Publications

2010    Liability of air carriers under German law, in: Hobe/ von Ruckteschell (ed.), Cologne Compendium of air traffic law, pp. 187 to 228

2012    Package Travel Contracts (Package Tours, pp. 1234 to 1238) and Timeshare Contracts (pp. 1660 to 1663), in: Basedow/Hopt/Zimmermann/Stier (ed.), The Max Planck Encyclopedia of European Private Law, Vol. 2

2016    Annotation of Art. 1 to 4 of the Air Passenger Rights Regulation (pp. 21 to 91) and key issue articles regarding international private procedure law (pp. 285 to 310) and international private law (pp. 311 to 331), in: Staudinger/Keiler (ed.), Commentary on the Air Passenger Rights Regulation

2016    Revised edition of the annotation of Sec. 651a to 651m – Travel Contract Law in the series of books J. von Staudinger Commentary on the German Civil Code

### 5. Editor Activities

- Hau/Leible/Looschelders/Mankowski/Staudinger (ed.), Studies about the International Private and Procedure Law

- R. Schmidt/Staudinger/Tonner, Editors of the Legal Magazine "Current Travel Law" (RRa), on behalf of the German Association for Travel Law

- Staudinger/Halm/Wendt, Commentary on Insurance Law for specialized Lawyers, Cologne 2013

### III.   Professional Memberships

- President of the German Society for Travel Law (Deutsche Gesellschaft für Reiserecht e.V.) and co-editor of the magazine ReiseRecht aktuell, member of the board since 9/2004, member of the society since 2003

4

- Head and moderator of the German Automobile Law Association (DAT) since 2014
- Member of the board of the Institute of European Transport Law (Institut für Europäisches Verkehrsrecht e.V.) since 10/2007
- Member of the advisory board of the magazine "German Automobile Law" (DAR) published by the General German Automobile Association (ADAC) since 2010
- Member of the editorial board of the magazine "European consumer and commercial law" (euvr) since 2011
- Member of the Research Association for International Procedural Law since 2005
- Member of the Civil Law Teachers' Association since 2003
- Member of the Ostwestfalen-Lippe legal society since 2003