**KREINDLER & KREINDLER LLP**
Francis G. Fleming, Esq.
State Bar No. 004375
Brian J. Alexander, Esq. *(pro hac vice)*
Marc S. Moller, Esq. *(pro hac vice)*
750 Third Avenue
New York, New York 10017
Telephone:  (212) 687-8181
Facsimile:  (212) 972-9432
Email: ffleming@kreindler.com
        balexander@kreindler.com
        mmoller@kreindler.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel Bandres Oto, et al.,                         ) | No. CV-16-01027-PHX-DJH |
|                                                 )                                 ) | |
|                                    Plaintiffs,     ) | **Plaintiffs' Memorandum in Support** |
|                                                 ) | **of Their Motion Requesting Proposed** |
|     v.                                          ) | **Schedule Re: ATCA's Motion to** |
|                                                 ) | **Dismiss** |
| Airline Training Center Arizona, Inc.,          ) | |
|                                                 ) | |
|                                    Defendant.   ) | |
|                                                 ) | |

Pursuant to Local Civil Rule 7.2(b) the Oto, et al. Plaintiffs submit this memorandum in support of their motion for an order re: "Plaintiffs' Motion Requesting a Proposed Schedule re: ATCA's Motion to Dismiss."  In compliance with this Court's Standing Order and Local Civil Rules 7.2(j) Plaintiffs' counsel have conferred with counsel for ATCA regarding this motion.  The proposed schedule is unopposed.

Plaintiffs respectfully request that this Court grant the motion.

1

1

RESPECTFULLY SUBMITTED this 20th day of June, 2016.

KREINDLER & KREINDLER LLP

By  /s Brian J. Alexander
    Francis G. Fleming (004375)
    Brian J. Alexander (*Pro Hac Vice*)
    Marc S. Moller *(Pro Hac Vice)*
    750 Third Avenue
    New York, NY  10017
    ffleming@kreindler.com
    balexander@kreindler.com
    mmoller@kreindler.com

*Attorneys for Plaintiffs*