# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel Bandres Oto, et al., | No. CV-16-01027-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Airline Training Center Arizona, Inc., | |
| Defendant. | |

This matter is before the Court on Plaintiffs' Motion Requesting Proposed Schedule Re: ATCA's Motion to Dismiss (Doc. 22). Plaintiffs are asking the Court to set a scheduling order for responding to Defendant's Motion to Dismiss (Doc. 18) filed on June 17, 2016. Plaintiffs want an opportunity to conduct discovery before responding in light of Defendant's alternative request for summary judgment. Plaintiffs assert that after conferring with Defendant, Defendant does not agree that discovery is warranted but it does not object to the schedule proposed by Plaintiffs in the event discovery is allowed.

The Court will not permit discovery at this stage of the case. The briefing schedule for the motion to dismiss shall be in accordance with LRCiv 7.2, though the Court will consider requests for extensions of time if, on a showing of good cause, the time periods set forth in the rule are insufficient.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion Requesting Proposed Schedule Re: ATCA's Motion to Dismiss (Doc. 22) is **DENIED**.

**Dated** this 21st day of June, 2016.

Honorable Diane J. Humetewa
United States District Judge