1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**KREINDLER & KREINDLER LLP**
Francis G. Fleming, Esq.
State Bar No. 004375
Brian J. Alexander, Esq. *(pro hac vice)*
Marc S. Moller, Esq. *(pro hac vice)*
750 Third Avenue
New York, New York 10017
Telephone:  (212) 687-8181
Facsimile:  (212) 972-9432
Email: ffleming@kreindler.com
         balexander@kreindler.com
         mmoller@kreindler.com

*Attorneys for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel Bandres Oto, et al., | ) |
| | ) No. CV-16-01027-PHX-DJH |
| Plaintiffs, | ) |
| | ) **STIPULATION RE: SCHEDULE TO** |
| v. | ) **RESPOND TO ATCA'S MOTION TO** |
| | ) **DISMISS** |
| Airline Training Center Arizona, Inc., | ) |
| | ) **(Second Request)** |
| Defendant. | ) |
| | ) |

In light of the Court's Order of June 21, 2016 denying Plaintiffs' unopposed motion to seek discovery prior to responding to "Defendant ATCA's Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) or, Alternatively, for Summary Judgment or, in the Further Alternative, to Dismiss on the Grounds of *Forum Non Conveniens*", counsel for the parties have met and conferred and, subject to the approval of the court, agreed that Plaintiffs shall have until July 31, 2016 to file their opposition to ATCA's omnibus motion.

1

Because the Defendant's omnibus motion combines requests for relief under F.R.C.P. 12(b)(6), F.R.C.P. Rule 56 and for dismissal on grounds of *forum non conveniens* ("FNC"), L.R.Civ. 7.2 specifies different times to respond for the different elements of the motion; i.e., 14 days for the 12(b)(6) and FNC components and 30 days for the summary judgment component. However, the times are not cumulative.

This Stipulation shall not preclude a request for a further extension of time for good cause shown.

Dated this 23rd day of June, 2016

KREINDLER & KREINDLER LLP


By  */s/ Brian J. Alexander*
    Francis G. Fleming (004375)
    Brian J. Alexander (*Pro Hac Vice*)
    Marc S. Moller (*Pro Hac Vice*)
    750 Third Avenue
    New York, NY  10017
    ffleming@kreindler.com
    balexander@kreindler.com
    mmoller@kreindler.com

    *Attorneys for Plaintiffs*


CLYDE & CO US LLP


By: */s/ Christopher Carlsen*
    Christopher Carlsen
    Clyde & CO US LLP
    405 Lexington Avenue, 16th Floor
    New York, New York 10174
    christopher.carlsen@clydeco.us
    Telephone: (212) 710-3900

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Floyd P. Bienstock
Douglas D. Janicik
Steptoe & Johnson LLP
201 E. Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
fbienstock@steptoe.com
djanicik@steptoe.com
Telephone: (602) 257-5200

*Attorneys for Defendant Airline Training
Center Arizona, Inc.*