

Clyde & Co US LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
United States
Telephone: +1 212 710 3900
Facsimile: +1 212 710 3950
www.clydeco.com

christopher.carlsen@clydeco.us
Direct Line: +1 212 710 3930

**VIA ECF and FEDEX**

February 6, 2017

Honorable Diane J. Humetewa
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 625
401 West Washington Street, SPC 81
Phoenix, AZ 85003-2161

**Re: Manuel Bandres Oto, et al. v. Airline Training Center Arizona, Inc.**
**Case No. 16-cv-01027-PHX-DJH**
**Clyde Ref.: 1509671/006**

Dear Judge Humetewa:

We represent defendant Airline Training Center Arizona, Inc. in the above litigation. I am writing pursuant to LRCiv 7.2(n) to advise the Court that defendant's motion to dismiss, which was fully briefed on August 8, 2016, has been pending for more than 180 days.

In addition, I am writing to advise the Court that on December 28, 2016, the defendant's name was changed to Lufthansa Aviation Training USA, Inc. We will coordinate with plaintiffs' counsel to effect this name change in the Court's records.

Respectfully submitted,

Christopher Carlsen
CXC/mm

cc: Francis G. Fleming, Esq.
Brian J. Alexander, Esq.
Marc S. Moller, Esq.
Jerome L. Skinner, Esq.

Clyde & Co US LLP is a Delaware limited liability partnership with offices in Atlanta, New Jersey, New York and San Francisco.
Clyde & Co US LLP is affiliated with Clyde & Co LLP, a limited liability partnership registered in England and Wales.